**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Steven D. Terry<br>&<br>Catherine M. Terry aka Catherine M. Kriney<br><u>Debtors</u> | CHAPTER 7<br><br>BKY. NO. 18-14623 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Quicken Loans Inc. and index same on the master mailing list.

    Respectfully submitted,

    **/s/ Rebecca A. Solarz, Esquire**
    Rebecca A. Solarz Esquire
    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 19106-1532
    (215) 627-1322 FAX (215) 627-7734