# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Steven D. Terry<br>　　　Catherine M. Terry aka Catherine M. Kriney<br>　　　　　　　　　Debtor(s) | CHAPTER 7 |
| Quicken Loans Inc.<br>　　　　　　　Movant<br>　　　vs.<br>Steven D. Terry<br>Catherine M. Terry aka Catherine M. Kriney<br>　　　　　　　　　Debtor(s) | NO. 18-14623 REF |
| Michael H. Kaliner<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Motion for Relief from Stay of Quicken Loans Inc., which was filed with the Court on or about **August 15, 2018**.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　Attorneys for Movant/Applicant
　　　　　　　　　　　　　　　　　　Main Phone #: 215-627-1322

September 5, 2018