Certificate Number: 13858-PAE-DE-031705606

Bankruptcy Case Number: 18-14623



13858-PAE-DE-031705606

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 2, 2018, at 8:26 o'clock PM EDT, Catherine Terry completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: October 2, 2018          By:    /s/Omar Silva

                               Name:  Omar Silva

                               Title: Counselor