```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                               Case No. 18-14623-ref
Steven D Terry                                                       Chapter 7
Catherine M Terry
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: admin                  Page 1 of 2                   Date Rcvd: Nov 09, 2018
                              Form ID: 318                 Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 11, 2018.
db/jdb         +Steven D Terry,    Catherine M Terry,    1623 Mine Lane Road,    Easton, PA 18045-5863
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14164486       +Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
14164493       +Northland Group, Inc.,    PO Box 390905,    Minneapolis, MN 55439-0905
14164495       +Radiology and MRI of Bethlehem,    5325 Northgate Drive,    STE 100,    Bethlehem, PA 18017-9412
14164496       +Ratchford Law Group PC,    409 Lackawanna Ave.,    STE 320,    Scranton, PA 18503-2059
14164497       +Rickart Collection Systems Inc.,    575 Milltown Road,    PO Box 7242,
                 North Brunswick, NJ 08902-7242
14164504        Target,    Target Card Services,    Mail Stop NCB-0461,    Minneapolis, MN 55440
14164506       +Us Dept Ed,    Ecmc/Bankruptcy,    Po Box 16408,    St Paul, MN 55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2018 02:31:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 10 2018 02:32:13     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14164483        EDI: ARSN.COM Nov 10 2018 07:23:00      ARS National Services Inc.,    PO Box 469046,
                 Escondido, CA 92046-9046
14164484       +EDI: BANKAMER.COM Nov 10 2018 07:23:00      Bank Of America,    Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
14164485       +EDI: TSYS2.COM Nov 10 2018 07:23:00      Barclays Bank Delaware,    100 S West St,
                 Wilmington, DE 19801-5015
14164487       +EDI: CAPITALONE.COM Nov 10 2018 07:23:00      Capital One,
                 Attn: General Correspondence/Bankruptcy,     Po Box 30285,    Salt Lake City, UT 84130-0285
14164488       +EDI: WFNNB.COM Nov 10 2018 07:23:00      Comenitycapital/boscov,    Comenity Bank,
                 Po Box 182125,    Columbus, OH 43218-2125
14164489       +EDI: DISCOVER.COM Nov 10 2018 07:23:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14164490       +EDI: CBSKOHLS.COM Nov 10 2018 07:23:00      Kohls/Capital One,    Kohls Credit,    Po Box 3043,
                 Milwaukee, WI 53201-3043
14164491       +EDI: RESURGENT.COM Nov 10 2018 07:23:00      LVNV Funding/Resurgent Capital,    Po Box 10497,
                 Greenville, SC 29603-0497
14164492       +EDI: MID8.COM Nov 10 2018 07:23:00      Midland Funding,    Attn: Bankruptcy,    Po Box 939069,
                 San Diego, CA 92193-9069
14165039       +EDI: PRA.COM Nov 10 2018 07:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14164494       +E-mail/Text: bankruptcyteam@quickenloans.com Nov 10 2018 02:32:10     Quicken Loans,
                 1050 Woodward Ave.,    Detroit, MI 48226-1906
14164498       +EDI: RMSC.COM Nov 10 2018 07:23:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14164499       +EDI: RMSC.COM Nov 10 2018 07:23:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14164500       +EDI: RMSC.COM Nov 10 2018 07:23:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14164501       +EDI: RMSC.COM Nov 10 2018 07:23:00      Synchrony Bank/Lowes,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
14164502       +EDI: RMSC.COM Nov 10 2018 07:23:00      Synchrony Bank/Sams,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
14164505        EDI: TFSR.COM Nov 10 2018 07:23:00      Toyota Motor credit Corp,    Po Box 8026,
                 Cedar Rapids, IA 52408
14164508       +EDI: WFFC.COM Nov 10 2018 07:23:00      Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,
                 Des Moines, IA 50306-0438
14164510       +EDI: WFFC.COM Nov 10 2018 07:23:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 Po Box 19657,    Irvine, CA 92623-9657
                                                                                               TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14164503*      +Synchrony Bank/Sams,    Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14164507*      +Us Dept Ed,    Ecmc/Bankruptcy,    Po Box 16408,    St Paul, MN 55116-0408
14164509*      +Wells Fargo Bank,    Po Box 10438,    Macf8235-02f,    Des Moines, IA 50306-0438
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0313-4         User: admin              Page 2 of 2              Date Rcvd: Nov 09, 2018
                             Form ID: 318             Total Noticed: 34
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
              MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
              MICHAEL J. MCCRYSTAL    on behalf of Joint Debtor Catherine M Terry mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              MICHAEL J. MCCRYSTAL    on behalf of Debtor Steven D Terry mccrystallaw@gmail.com,
               sueparalegal@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 6
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Steven D Terry** | Social Security number or ITIN | **xxx–xx–5751** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Catherine M Terry** | Social Security number or ITIN | **xxx–xx–8107** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | | |
| Case number: **18–14623–ref** | | | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Steven D Terry                                   Catherine M Terry
                                                 aka Catherine M. Kriney

11/8/18                                          **By the court:** Richard E. Fehling
                                                                   United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                              **Order of Discharge**                              page 2